United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaron R. Mutterperl
Cynthia Mutterperl
    Debtors

Case No. 18-13025-elf
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Aug 23, 2018 |
|---|---|---|---|
| | Form ID: 211 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db/jdb        Aaron R. Mutterperl,   Cynthia Mutterperl,   1051 Bridgeton Hill Rd,
       Upper Black Eddy, PA  18972-9435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
      BONNIE B. FINKEL   finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
      DAVID B. SCHWARTZ   on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
       DBSchwartzesq@aol.com
      DAVID B. SCHWARTZ   on behalf of Joint Debtor Cynthia Mutterperl david@dbsesq.com,
       DBSchwartzesq@aol.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                 Chapter: 7

    Aaron R. Mutterperl and Cynthia Mutterperl

Debtor(s)                                                                                         Case No: 18−13025−elf

___

### *ORDER*

AND NOW, 8/23/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 9/6/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court