United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13025-elf
Aaron R. Mutterperl                                                 Chapter 7
Cynthia Mutterperl
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 1          Date Rcvd: Aug 31, 2018
                              Form ID: 318         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db/jdb          Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,
                 Upper Black Eddy, PA 18972-9435
14102273        Amex Merchant Loan,    200 Vesey St,    New York, NY 10285-1000
14102274        First Home Bank,    9150 Seminole Blvd,    Seminole, FL 33772-3148
14110300       +Pacific Union Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14102268        EDI: GMACFS.COM Sep 01 2018 05:38:00     Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
14102269        EDI: AMEREXPR.COM Sep 01 2018 05:38:00     American Express Blue,   200 Vesey St,
                 New York, NY 10285-1000
14102270        EDI: AMEREXPR.COM Sep 01 2018 05:38:00     American Express Gold,   200 Vesey St,
                 New York, NY 10285-1000
14102271        EDI: AMEREXPR.COM Sep 01 2018 05:38:00     American Express Simply Cash,   200 Vesey St,
                 New York, NY 10285-1000
14102272        EDI: HNDA.COM Sep 01 2018 05:38:00     American Honda Finance,   200 Continental Dr # 301,
                 Newark, DE 19713-4336
14102275        E-mail/Text: bk@lendingclub.com Sep 01 2018 01:50:42     Lending Club,
                 71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14102276        E-mail/Text: bankruptcy@loanpacific.com Sep 01 2018 01:51:04     Pacific Union Financial,
                 1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX 75234-6071
14102277        EDI: TFSR.COM Sep 01 2018 05:38:00     Toyota Motor Credit,   4 Gatehall Dr # 350,
                 Parsippany, NJ 07054-4522
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Cynthia Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Aaron R. Mutterperl** | Social Security number or ITIN | **xxx–xx–0912** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cynthia Mutterperl** | Social Security number or ITIN | **xxx–xx–1653** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **18–13025–elf** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aaron R. Mutterperl
aka Aaron Mutterperl, aka Aaron Rowan Mutterperl

Cynthia Mutterperl

8/30/18

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**