United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-13025-elf
Aaron R. Mutterperl                                                 Chapter 7
Cynthia Mutterperl
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi             Page 1 of 1          Date Rcvd: Mar 08, 2019
                              Form ID: 139            Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
```
db/jdb         Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,
                 Upper Black Eddy, PA 18972-9435
14102273       Amex Merchant Loan,    200 Vesey St,    New York, NY 10285-1000
14102274       First Home Bank,    9150 Seminole Blvd,    Seminole, FL 33772-3148
14110300      +Pacific Union Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 09 2019 02:46:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2019 02:46:08
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2019 02:46:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14102268       EDI: GMACFS.COM Mar 09 2019 07:43:00      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
14102269       EDI: AMEREXPR.COM Mar 09 2019 07:43:00      American Express Blue,   200 Vesey St,
                 New York, NY 10285-1000
14102270       EDI: AMEREXPR.COM Mar 09 2019 07:43:00      American Express Gold,   200 Vesey St,
                 New York, NY 10285-1000
14102271       EDI: AMEREXPR.COM Mar 09 2019 07:43:00      American Express Simply Cash,   200 Vesey St,
                 New York, NY 10285-1000
14102272       EDI: HNDA.COM Mar 09 2019 07:43:00      American Honda Finance,   200 Continental Dr # 301,
                 Newark, DE 19713-4336
14102275       E-mail/Text: bk@lendingclub.com Mar 09 2019 02:46:40     Lending Club,
                 71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14102276       E-mail/Text: bankruptcy@loanpacific.com Mar 09 2019 02:46:45     Pacific Union Financial,
                 1603 Lyndon B Johnson Fwy Ste 500,   Farmers Branch, TX 75234-6071
14102277       EDI: TFSR.COM Mar 09 2019 07:43:00      Toyota Motor Credit,   4 Gatehall Dr # 350,
                 Parsippany, NJ 07054-4522
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
```
              BONNIE B. FINKEL     finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Cynthia  Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Aaron R. Mutterperl and Cynthia Mutterperl
1051 Bridgeton Hill Rd
Upper Black Eddy, PA 18972−9435

Debtor(s)                                                                                     Case No: 18−13025−elf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−0912
xxx−xx−1653

___

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 6/9/19

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 3/8/19

15
Form 139