| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Aaron R. Mutterperl** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Cynthia Mutterperl** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION | | |
| Case number (if known) | **2:18-bk-13025** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Aaron Mutterperl**                                    X **/s/ Cynthia Mutterperl**
**Aaron R. Mutterperl**                                         **Cynthia Mutterperl**
Signature of Debtor 1                                           Signature of Debtor 2

Date **April 17, 2019**                                         Date **April 17, 2019**