IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 18-13025 |
| AARON R. MUTTERPERL, | ) |
| and CYNTHIA MUTTERPERL | ) Chapter 7 |
| | ) |
| Debtors | ) |

### CERTIFICATION OF SERVICE

I, Allan B. Goodman, Esquire, do hereby certify that on April 17, 2019, a true and correct copy of the Debtors' Amended Schedule C: The Property You Claim as Exempt and Declaration About an Individual Debtor's Schedules in the above-captioned matter were served upon the following parties at the listed addresses Via ECF:

**Bonnie B. Finkel**
P.O. Box 1710
Cherry Hill, NJ 08034
ECF finkeltrustee@comcast.net

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

Dated: April 17, 2019

/s/ Allan B. Goodman, Esquire
Allan B. Goodman, Esquire
Attorney for Debtor
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Telephone No.: 610-434-2023
Fax No.: (610) 432-4552
Attorney No.: 07859