United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaron R. Mutterperl
Cynthia Mutterperl
    Debtors

Case No. 18-13025-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: Aug 16, 2019
                 Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
```
db/jdb          Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,
                 Upper Black Eddy, PA  18972-9435
14102269       American Express Blue,    200 Vesey St,    New York, NY  10285-1000
14102270       American Express Gold,    200 Vesey St,    New York, NY  10285-1000
14307427       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14102271       American Express Simply Cash,    200 Vesey St,    New York, NY  10285-1000
14102273       Amex Merchant Loan,    200 Vesey St,    New York, NY  10285-1000
14102274       First Home Bank,    9150 Seminole Blvd,    Seminole, FL  33772-3148
14102276       Pacific Union Financial,    1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX  75234-6071
14110300      +Pacific Union Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14102277     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Dr # 350,
                 Parsippany, NJ  07054-4522)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 17 2019 02:50:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2019 02:49:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2019 02:50:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14102268       E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2019 02:49:02     Ally Financial,
                 PO Box 380901,    Bloomington, MN  55438-0901
14102272       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 17 2019 02:49:54     American Honda Finance,
                 200 Continental Dr # 301,    Newark, DE  19713-4336
14339643      +E-mail/Text: Bankruptcies@FirstHomeBank.com Aug 17 2019 02:50:45     First Home Bank,
                 c/o Hector Perez, Special Assets Officer,    700 Central Ave.,    St. Petersburg, FL 33701-3631
14102275       E-mail/Text: bk@lendingclub.com Aug 17 2019 02:50:28     Lending Club,
                 71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14307429*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: pdf900          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        DAVID B. SCHWARTZ    on behalf of Joint Debtor Cynthia  Mutterperl david@dbsesq.com, DBSchwartzesq@aol.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: MUTTERPERL, AARON R. | § | Case No. 18-13025 ELF |
| MUTTERPERL, CYNTHIA | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Bonnie B. Finkel</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/18/2019 in Courtroom 1, Robert N.C. Nix, Sr. Federal Courthouse Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/15/2019</u>    By:: /s/ Bonnie Finkel
                                                                                                Chapter 7 Trustee

Bonnie B. Finkel
PO Box 1710
Cherry Hill, NJ 08034
(856) 216-1278

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:MUTTERPERL, AARON R.  §<br>MUTTERPERL, CYNTHIA  §<br>§<br>§<br>Debtor(s) | Case No. 18-13025 ELF |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of :*  $  14,109.12
*and approved disbursements of:*  $  0.00
*leaving a balance on hand of[1]:*  $  14,109.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | First Home Bank c/o Hector Perez, Special Assets Officer | 59,001.95 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  14,109.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bonnie B. Finkel | 2,160.91 | 0.00 | 2,160.91 |

Total to be paid for chapter 7 administrative expenses:  $  2,160.91
Remaining balance:  $  11,948.21

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    11,948.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    11,948.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $188,762.15 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank c/o Becket and Lee LLP | 100,142.68 | 0.00 | 6,338.80 |
| 2 | American Express National Bank c/o Becket and Lee LLP | 4,701.73 | 0.00 | 297.61 |
| 3 | American Express National Bank c/o Becket and Lee LLP | 24,915.79 | 0.00 | 1,577.11 |
| 4U | First Home Bank | 59,001.95 | 0.00 | 3,734.69 |

Total to be paid for timely general unsecured claims:   $    11,948.21
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:: /s/ Bonnie Finkel
Chapter 7 Trustee

Bonnie B. Finkel
PO Box 1710
Cherry Hill, NJ 08034
(856) 216-1278

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**