**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | **:** | **CHAPTER 7** |
| **AARON R. MUTTERPERL** | | |
| **CYNTHIA MUTTERPERL,** | **:** | |
| **DEBTORS** | **:** | **BANKRUPTCY NO. 18-13025 ELF** |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**

**Chapter 7 Trustee Bonnie B. Finkel hereby certifies that:**

**1.      On August 15, 2019, the Chapter 7 Trustee in the above matter filed 1) a Notice of Trustee's Final Report and Application for Compensation and Deadline to Object, and 2) an Application for Trustee's Compensation and Expenses, with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.**

**2.      A copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object was sent to all parties in interest by the BNC.**

**3.      No answer, objection, other responsive pleading or request for a hearing has been filed with the Clerk of the United States Bankruptcy Court or with the Trustee as of the date of this Certificate.**

**WHEREFORE, the Trustee requests that the Orders approving the Trustee's Final Report and Application for Compensation be entered of record.**

**Respectfully Submitted,**

**By:  /s/ Bonnie B. Finkel**
Bonnie B. Finkel, Esq.
Chapter 7 Bankruptcy Trustee
P.O. Box 1710
Cherry Hill, New Jersey 08034

Date: **September 16, 2019**