## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          Chapter 7

AARON MUTTERPERL

CYNTHIA MUTTERPERL

                                                Bankruptcy No. 18-13025-ELF

      Debtor(s)

## ORDER OF DISTRIBUTION

AND NOW, this ____18th____ day of ____September____ 20__19__, the Trustee, BONNIE B.

FINKEL, is hereby ordered and directed to (i) distribute to the parties in interest listed in the

Trustee's Proposed Distribution, estate monies in the amounts indicated in such Distribution,

within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United

States Trustee, within one hundred twenty-five (125) days after the appeal period for this order

expires, statements for all estate deposit or investment accounts indicating zero balances and all

canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final

Report and Account.

_____

ERIC L. FRANK

UNITED STATES BANKRUPTCY JUDGE