IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>AARON MUTTERPERL<br>CYNTHIA MUTTERPERL<br><br>    Debtor(s) | Chapter 7<br><br>Bankruptcy No. 18-13025-ELF |

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this __18th__ day of __September__ 20__19__, upon consideration of the

Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY **ORDERED** that the Final Report is **APPROVED**.

_____
ERIC L. FRANK
United States Bankruptcy Judge