UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
AARON MUTTERPERL
CYNTHIA MUTTERPERL

Debtor(s)

Case No. 18-13025-ELF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this __18th__ day of __September__ 20_19_, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is **ORDERED**, that the sum of $2,160.91 is reasonable compensation

for the services in this case by BONNIE B. FINKEL, trustee; that such sum does not exceed the

limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual

and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

ERIC L. FRANK
United States Bankruptcy Judge