United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaron R. Mutterperl
Cynthia Mutterperl
    Debtors

Case No. 18-13025-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Sep 18, 2019
                       Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db/jdb         Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,
           Upper Black Eddy, PA   18972-9435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
         BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
         BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
         NJ69@ecfcbis.com;Finkeltrustee@comcast.net
         DAVID B. SCHWARTZ     on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
         DBSchwartzesq@aol.com
         DAVID B. SCHWARTZ     on behalf of Joint Debtor Cynthia   Mutterperl david@dbsesq.com,
         DBSchwartzesq@aol.com
         REBECCA ANN SOLARZ     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
AARON MUTTERPERL  
CYNTHIA MUTTERPERL  

Debtor(s)

Chapter 7

Bankruptcy No. 18-13025-ELF

ORDER OF DISTRIBUTION

AND NOW, this __18th__ day of __September__ 20_19_, the Trustee, BONNIE B. FINKEL, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amounts indicated in such Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

ERIC L. FRANK  
UNITED STATES BANKRUPTCY JUDGE