United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Aaron R. Mutterperl
Cynthia Mutterperl
      Debtors

Case No. 18-13025-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Sep 18, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db/jdb     Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,    Upper Black Eddy, PA    18972-9435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
       BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
       BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
       DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com, DBSchwartzesq@aol.com
       DAVID B. SCHWARTZ    on behalf of Joint Debtor Cynthia  Mutterperl david@dbsesq.com, DBSchwartzesq@aol.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
AARON MUTTERPERL
CYNTHIA MUTTERPERL

Debtor(s)

Chapter 7

Bankruptcy No. 18-13025-ELF

**ORDER APPROVING TRUSTEE'S FINAL REPORT**

AND NOW, this  18th  day of  September  20 19 , upon consideration of the

Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY **ORDERED** that the Final Report is **APPROVED**.

_____
ERIC L. FRANK
United States Bankruptcy Judge