United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13025-elf
Aaron R. Mutterperl                                                 Chapter 7
Cynthia Mutterperl
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith          Page 1 of 1          Date Rcvd: Sep 18, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb          Aaron R. Mutterperl,    Cynthia Mutterperl,    1051 Bridgeton Hill Rd,
                Upper Black Eddy, PA  18972-9435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on  behalf of Joint Debtor Cynthia  Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
AARON MUTTERPERL
CYNTHIA MUTTERPERL
                    Debtor(s)          Case No. 18-13025-ELF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this ___18th___ day of ___September___ 20_19_, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is **ORDERED**, that the sum of $2,160.91 is reasonable compensation

for the services in this case by BONNIE B. FINKEL, trustee; that such sum does not exceed the

limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual

and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.


_____
ERIC L. FRANK
United States Bankruptcy Judge