## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

AARON MUTTERPERL

CYNTHIA MUTTERPERL

Chapter 7

Bankruptcy No. 18-13025 ELF

Debtor(s)

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.
### DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this ____18th____ day of ____November____ 20_19_, upon consideration of the

Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in

accordance with Trustee's Final Report and it further appearing that the Trustee is no longer

holding any funds in trust in this proceeding, it is hereby

**ORDERED** that the Trustee's Final Account is **APPROVED**, and the Trustee is hereby

discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby **CLOSED**.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**