United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13025-elf
Aaron R. Mutterperl                                                       Chapter 7
Cynthia Mutterperl
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1           Date Rcvd: Nov 18, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
db/jdb         Aaron R. Mutterperl,   Cynthia Mutterperl,   1051 Bridgeton Hill Rd,
               Upper Black Eddy, PA  18972-9435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID B. SCHWARTZ    on behalf of Debtor Aaron R. Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Cynthia  Mutterperl david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:    Chapter 7
AARON MUTTERPERL
CYNTHIA MUTTERPERL

Bankruptcy No. 18-13025 ELF

Debtor(s)

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this 18th day of November 20 19, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

**ORDERED** that the Trustee's Final Account is **APPROVED**, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby **CLOSED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**